In re **Bobby L. Weaver**, Case No. **15-42286**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 31120485<br><br>Alliance One Receivables Mgmt Inc.<br>6160 Mission Gorge Rd, Ste 300<br>San Diego, CA 92120 | | - | unknown | | | | 829.00 |
| Account No. 0176631101867596<br><br>Asset Recovery Solutions LLC<br>2200 East Devon Ave, Ste 200<br>Des Plaines, IL 60018 | | - | 2014<br>collection agent; original creditor: motorcycle loan: Yamaha Motor Corp. | | | | 6,623.31 |
| Account No. 4800 1349 9964 XXXX<br><br>Bank of America<br>P.O. Box 982238<br>El Paso, TX 79998 | | - | 2010<br>VISA credit card - charged off | | | | 4,061.00 |
| Account No. 176631-110186XXXX<br><br>Capital One<br>PO Box 30253<br>Salt Lake City, UT 84130 | | - | 2007<br>original creditor - Motorcycle vehicle loan charged off in 2014 & sold | | | | 5,031.00 |

__2__ continuation sheets attached

Subtotal (Total of this page) **16,544.31**

In re  **Bobby L. Weaver**                                 ,   Case No.   **15-42286**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6206212914777** <br><br> **Capitol One** <br> **P.O. Box 60511** <br> **City of Industry, CA 91716** | | - | 2014 <br> vehicle loan - 2013 Camaro. | | | | 20,779.22 |
| Account No. **7559581** <br><br> **Credit Acceptance Corp.** <br> **25505 West Twelve Mile Road, Ste 3000** <br> **Southfield, MI 48034** | | - | 2013 <br> deficiency sought after repossession of 2003 Mercedes Benz C Class in 03/2015; | | | | 6,884.27 |
| Account No. **16412195** <br><br> **Credit Control LLC** <br> **5757 Phantom Drive, Ste. 330** <br> **Hazelwood, MO 63042** | | - | 2008 <br> collection account: original creditor was Citibank credit card ending in 0600 | | | | 4,922.13 |
| Account No. **5046 6201 0809 XXXX** <br><br> **GECRB - Jewelry Accent Gold** <br> **PO Box 965036** <br> **Orlando, FL 32896** | | - | 2010 <br> store account charge off | | | | 4,500.00 |
| Account No. **450425452XXXX** <br><br> **Macy's** <br> **PO Box 8218** <br> **Mason, OH 45040** | | - | 2011 <br> store credit card charged off | | | | 1,050.00 |

Sheet no. __1__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **38,135.62**

In re **Bobby L. Weaver**, Case No. **15-42286**
                                                                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3462300715XXXX** <br><br> **Portfolio Recovery Associates** <br> **120 Corporate Blvd** <br> **Ste 100** <br> **Norfolk, VA 23502** | - | | 2014 <br> **collection account from another creditor** | | | | 2,932.00 |
| Account No. **11601910** <br><br> **Stellar Recovery Inc.** <br> **1327 Highway 2 West, Suite 100** <br> **Kalispell, MT 59901** | - | | 2014 <br> **collection agent for COMCAST** | | | | 277.81 |
| Account No. **3175425** <br><br> **Stoneleigh Recoverey Associates, LLC** <br> **P.O. Box 1479** <br> **Lombard, IL 60148-8479** | - | | **motorcycle loan; new collection agent as of Aug 2015.** | | | | 7,385.41 |
| Account No. **6034 6230 0715 XXXX** <br><br> **SYNCB / American Honda** <br> **P.O. Box 965036** <br> **Orlando, FL 32896** | - | | 2012 <br> **charged off account** | | | | 2,364.00 |
| Account No. | | | | | | | |

Sheet no. **2** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **12,959.22**

Total (Report on Summary of Schedules) **67,639.15**