15-42286

WEAVER, BOBBY L., DEBTOR

_____

### Attachment to AMENDED SCHEDULE F:

Additional Creditor added 08.14.15:

STONELEIGH RECOVERY ASSOCIATES, LLC
P.O. Box 1479
Lombard, Illinois 610-8479